# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMSARA INC.,<br><br>       Petitioner,<br><br>v.<br><br>J.P. MORGAN SECURITIES LLC,<br><br>       Respondent. | C.A. No. 1:25-mc-00593<br><br><br>Related to *Motive Technologies, Inc. v. Samsara Inc.*, No. 3:24-cv-00902-JD (N.D. Cal.) |

*Application granted. The Clerk is directed to close this case. So ordered. 1/21/26 [signature] /U.S.D.J.*

## SAMSARA INC.'S UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL

PLEASE TAKE NOTICE that Petitioner Samsara Inc. ("Samsara") in the above-referenced action seeks withdrawal of Samsara's motion to compel ("Motion") discovery from J.P. Morgan Securities LLC ("JPM") filed on December 19, 2025. (Dkt. 1.)

Currently, JPM's response to the Motion is due on January 22, 2026. (Dkt. 8.) This deadline is based on the parties' three prior requests to extend the original response deadline of December 29, 2025—first by ten days to January 8, 2026, then by one week to January 15, 2026, and lastly by one additional week to January 22, 2026. (Dkt. 4, 5-6, 7-8.) The parties had requested these extensions so that they could continue to meet and confer to attempt to resolve the issues raised by the Motion. Based on these discussions, the parties have now reached agreement to resolve the issues raised by the Motion. Accordingly, Samsara wishes to withdraw the Motion as moot, and JPM consents to this request.

| DATED: January 20, 2026 | Respectfully submitted, |
|---|---|
| | /s/ *Benu Wells* |
| | |

1

|  | Benu Wells<br>(admitted in the Southern District of New York)<br>**Gish PLLC**<br>benu.wells@gishpllc.com<br>41 Madison Ave, Floor 31<br>New York, NY 10010<br>Phone: (212) 518-2000<br><br>Ryan Kiyoto Iwahashi<br>**Gish PLLC**<br>ryan@gishpllc.com<br>50 California Street, Suite 1500<br>San Francisco, CA 94111<br>Phone: (415) 630-2000<br><br>*Attorneys for Movant-Defendant Samsara Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I caused a true and correct copy of the foregoing document, to be filed by the Court's CM/ECF filing system, which will send electronic notification of such filing to all counsel of record, and that a copy of the foregoing has also been emailed to counsel for JP Morgan Securities LLC.

/s/ *Benu Wells*
Benu Wells